

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| El Paso Healthcare System, Ltd. d/b/a Las Palmas Medical Center, | § | No. 08-18-00043-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Santiago Monsivais, Deceased by and through his Next Friends Cinthia Monsivais and Samuel Monsivais and Cinthia Monsivais and Samuel Monsivais, Individually, | § | (TC# 2017DCV1526) |
| | § | |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court GRANTS the Appellant's motion to vacate the November 8, 2018 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 2nd day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, J. and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment